1 **RESNICK & LOUIS, P.C.**
2 MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
3 8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
4 Telephone: (702) 997-3800
Facsimile: (702) 997-3800
5 mroose@rlattorneys.com
*Attorneys for Defendants,*
6 *Swift Transportation Co. of AZ, LLC and*
*Brayan Gutierrez*
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

| | |
|---|---|
| HUMBERTO DIAZ, an individual; SOUAD SUE AWADA, an individual; <br><br>Plaintiffs, <br><br>vs. <br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Limited Liability Company; BRAYAN GUTIERREZ, an individual; DOES 1 through 50, inclusive Defendants. | CASE NO.:  2:23-cv-00108-APG-EJY <br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court approve this stipulation, each side shall bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**APPROVED AND STIPULATED AS TO FORM AND CONTENT:**

DATED this 11th day of September, 2023.    DATED this 11th day of September, 2023.

**SWEET JAMES, LLP**    **RESNICK & LOUIS, P.C.**

/s/ Israel Whitbeck    /s/ Melissa J. Roose

ISRAEL WHITBECK, ESQ. Nevada Bar No. 12519
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
*Attorneys for Plaintiffs,
Humberto Diaz and
Souad Sue Awada*

MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,
Swift Transportation Co. of AZ, LLC and
Brayan Gutierrez*

## ORDER

Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that this ACTION IS DISMISSED with prejudice, each side to hear its own fees and costs. The Clerk of the Court is directed to CLOSE THIS CASE.

U.S. DISTRICT JUDGE

DATED: September 12, 2023